■ In the Matter of ARNOLD H. GOLDING, Deceased. HARRIET G. LEVY et al., Appellants; JOSEPH J. MARCHESO, Respondent. —Appeal by the petitioners from an order of the Surrogate's Court, Nassau County (Radigan, S.), dated August 29, 1990.

Ordered that the order is affirmed, with costs payable out of the estate, for reasons stated by Surrogate Radigan at the Surrogate's Court. Thompson, J. P., Eiber, Pizzuto and Santucci, JJ., concur.